AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts Southern
District of Texas
**FILED**
*01/30/21*
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Nestor CARBAJAL-Alvarez<br>YOB: 1988<br>COB: Mexico<br><br>*Defendant(s)* | Case No.  **M-21-0250-M** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  **01/29/2021**  in the county of  **Hidalgo**  in the  **Southern**  District of  **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841 | It shall be unlawful for any person to knowingly or intentionally possess with intent to distribute or dispense, a controlled substance — Fentanyl (schedule II) and Cocaine (schedule II) |
| 21 USC § 952 | And knowingly and intentionally illegally import into the United States approximately 4.6 kilograms of fentanyl and 43.08 kilograms of cocaine both schedule II controlled substances. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

*Complaint approved by AUSA A. Castro*

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr.4.1, and probable cause found on:

/S/ Cordero B. Contreras
*Complainant's signature*

Cordero B. Contreras, HSI Special Agent
*Printed name and title*

Date:  1/30/2021 @5:05pm

City and state:  McAllen, Texas

U.S. Magistrate Judge N. Medrano
*Printed name and title*

## "ATTACHMENT A"

I am a Special Agent (SA) of the United States Homeland Security Investigations (HSI), and have knowledge of the following facts:

On January 29, 2021, Nestor CARBAJAL-Alvarez entered the United States through the Pharr, Texas Port of Entry (POE) operating a tractor trailer.

Upon primary inspection Customs and Border Protection (CBP) officers referred CARBAJAL-Alvarez and the tractor trailer to secondary due to the shipment being a first-time importer. Entry documents indicated that it was a shipment of limes.

Upon secondary inspection CBP officers conducted a non-intrusive image scan of the tractor trailer, which revealed anomalies the in the trailer floor area near the 5th wheel of the landing gear. Upon physical inspection CBP officers noticed tampering to the trailer's landing gear. CBP officers drilled through the floor of the trailer and a white powdery substance was extracted which filed tested positive for the characteristics of cocaine and fentanyl.

Further inspection of the tractor trailer resulted in the discovery of forty (40) packages concealed within the floor bed of the trailer. CBP officers field tested the packages thirty-six (36) tested positive for the properties of cocaine and four (4) tested positive for the properties of fentanyl, both of which are a controlled substance. The packaged cocaine and fentanyl totaled 47.5 kilograms.

Homeland Security Investigation (HSI) Special Agents (SA), advised CARBAJAL-Alvarez his Miranda warnings in the Spanish language, CARBAJAL-Alvarez stated he understood, and waived in writing.

Post Miranda, CARBAJAL-Alvarez admitted to knowing that there was a controlled substance in the trailer, but he did not know the amount. CARBAJAL-Alvarez stated he was going to off load the limes in McAllen, Texas. CARBAJAL-Alvarez stated after he offloaded the limes, he was going to drop off the trailer at a gas station near McAllen, Texas and a person unknown to him would pick up the trailer.